# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CARSON, et al., | Case No. 17-cv-02065-EMC |
| Plaintiffs, | |
| v. | **ORDER REMANDING CASE** |
| CORDIS CORPORATION, et al., | |
| Defendants. | |

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: May 2, 2017

_____
EDWARD M. CHEN
United States District Judge